IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

STEPHEN WERPEHOWSKI

National Park Service
Citation No. 506664

07-M-1058

**FILED**
SEP -4 2007
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

And now this 4th day of September 2007, upon the joint oral motion of the government and Mr. Stephen Werpehowski to modify the Court's sentence, the Court hereby grants the parties' motion and Orders and Decrees that the sentence of the Court for restitution and community service is modified solely as follows:

1. Mr. Werpehowski shall have until November 17, 2007 to complete all community service.

2. Mr. Werpehowski may satisfy his obligation to perform a total of 80 community service by working to prepare for and at the Special Olympics, to be held at Villanova University November 2, 2007 through November 4, 2007. Mr. Werpehowski will ask his supervisor in this service to contact the government on or about October 17, 2007, with an interim report number on hours of service completed.

The government shall fully credit Mr. Werpehowski for the hours of service that he has already completed at Valley Forge National Historical Park.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
*United States Magistrate Judge*