IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
| v. | : | National Park Service |
| | | Citation No. 506664 |
| STEPHEN WERPEHOWSKI | : | NO.  07-M-1058 |


# O R D E R


AND NOW, to wit, this   21ST  day of  November, 2007, Assistant United States Attorney, Pamela Foa, having advised the Court that the above-named Defendant has successfully completed his community service as ordered by the Court's Order dated September 7, 2007, IT IS HEREBY

ORDERED that this case is closed.  The Court of Court is directed to mark the above-captioned matter as closed for statistical purposes.



BY THE COURT:



/s/Jacob P. Hart

_____
**JACOB P. HART**
**UNITED STATES MAGISTRATE JUDGE**